## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH PRYER, KEITH PRYER, LLC<br>and NIAMBI LUMPKIN PRYER,<br><br>　　　　　　　　　　　　　　Defendants. | C.A. No. 1:23-cv-00776-CFC |

### MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff Ohio Security Insurance Company ("OSIC"), by and through undersigned counsel, moves the Court for entry of default judgment against Defendants Keith Pryer, Keith Pryer LLC, and Niambi Lumpkin Pryer (collectively, "Defendants"). Defendants sought coverage under a commercial auto policy issued by OSIC to Keith Pryer DBA Keith Pryer LLC for auto negligence lawsuits brought against them. However, due to various material misrepresentations by Defendants, the Policy does not afford coverage.

For the reasons set forth in Plaintiff Opening Brief in Support of OSIC's Motion for Default Judgment, being filed simultaneously herewith, Plaintiff requests that a judgment be entered declaring that OSIC is not obligated to defend or indemnify defendants in connection with the underlying lawsuits for which they have sought coverage.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Of Counsel:　　　　　　　　　　　　　KENNEDYS CMK LLP

Gary Kull (*admitted pro hac vice*)　　　　/s/ Karine Sarkisian_____
Sean Shoolbraid (*admitted pro hac vice*)　Karine Sarkisian (#6202)
Kennedys CMK LLP　　　　　　　　　222 Delaware Avenue, Suite 710
120 Mountain View Boulevard　　　　Wilmington, DE 19801
P.O. Box 650　　　　　　　　　　　　302-308-6649
Basking Ridge, NJ 07920　　　　　　Karine.Sarkisian@kennedyslaw.com
Tel: (908)848-6300　　　　　　　　　Counsel for Plaintiff
Email: Gary.Kull@kennedyslaw.com
　　　　Sean.Shoolbraid@kennedyslaw.com　DATED: March 8, 2024